IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |
|---|---|
| **Palmyra Park Hospital, Inc.,** <br> **d/b/a Palmyra Medical Center,** <br><br> Plaintiff, <br><br> v. <br><br> **Phoebe Putney Memorial Hospital, Inc.;** <br> **Phoebe Putney Health System, Inc.; and** <br> **Hospital Authority of Albany/** <br> **Dougherty County,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) File No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Index of Exhibits to Complaint**

| Exhibit | Description |
|---|---|
| A | Lease and Transfer Agreement Between Hospital Authority of Albany-Dougherty County, Georgia and Phoebe Putney Memorial Hospital, Inc., dated as of December 11, 1990 |
| B | Overview of July 18, 2005 Phoebe Putney Health System, Inc. Senate Finance Committee Response |
| C | January 1, 2003 Agreement between Public Employees Group Health Plan for the City of Albany/Dougherty County/Water Gas & Light Authority and Phoebe Health Partners |
| D | Coalition for Affordable and Competitive Healthcare publication, "Albany Healthcare Costs: The Effect on the Local Economy" |

This 3rd day of July, 2008.

        */s/ M. Russell Wofford, Jr.*
        M. Russell Wofford, Jr.
        Georgia Bar No. 773002
        Christine A. Hopkinson
        Georgia Bar No. 142106
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, GA 30309-3521
        Tel:   (404) 572-4600
        Fax:  (404) 572-4711
        Email of filer: rwofford@kslaw.com

        William H. Hedrick
        Georgia Bar No. 343250
        127 North Westover Blvd.
        Albany, Georgia 31707
        Tel:   (229) 883-7463
        Fax:  (229) 434-1581
        williamhedrick@bellsouth.net

        **OF COUNSEL:**

        Jeffrey S. Spigel
        Miriti Murungi
        KING & SPALDING, LLP
        1700 Pennsylvania Ave
        NW, Suite 200
        Washington, D.C. 20006-2706
        (202) 737-0500
        (202) 626-3737 (fax)

        Counsel for Plaintiff PALMYRA PARK
        HOSPITAL, INC., D/B/A PALMYRA
        MEDICAL CENTER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **INDEX OF EXHIBITS TO COMPLAINT** was served by hand on the following parties this 3rd day of July, 2008:

Phoebe Putney Memorial Hospital, Inc.  
Joel Wernick, registered agent and CEO  
417 Third Avenue  
Albany, Georgia  31701

Hospital Authority of Albany-Dougherty County  
Kerry Loudermilk  
417 Third Avenue  
Albany, Georgia  31701

Phoebe Putney Hospital System, Inc.  
Joel Wernick, registered agent and CEO  
417 Third Avenue  
Albany, Georgia  31701

Hospital Authority of Albany-Dougherty County  
Ernest Benson, Chairman  
417 Third Avenue  
Albany, Georgia  31701

*/s/ M. Russell Wofford, Jr.*  
M. Russell Wofford, Jr.  
Georgia Bar No. 773002