# EXHIBIT A
## PART 4

southeastern corner thereof on which is presently located the Emergency Medical Services Station, being rectangular in shape and fronting 133 feet on North Jefferson Street and 163 feet on Second Avenue; AND ALSO LESS AND EXCEPT the area adjoining on the northern side of the above excepted tract which fronts 66.67 feet on North Jefferson Street and runs back a uniform width for a depth of 133.3 feet, being known as 907 North Jefferson Street and being presently owned by First State Bank & Trust Company, as trustee under that certain Trust Agreement with John S. Inman, Jr., dated August 31, 1970. ALSO EXCEPTED is the 20 foot wide strip, the western line of which is 247.8 feet east of the east right-of-way of North Monroe Street, which runs southerly 200 feet from the southern line of Fourth Avenue, connecting with the original east-west alley running through the block and also the 20 foot wide alley running from that point easterly to the western line of North Jefferson Street.

## 512 THIRD AVENUE

(11)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of City Lots 16 and 18 of City Block 39 on the south side of Third Avenue in Albany, Georgia, each of said lots fronting on Third Avenue 52-1/2 feet and running back an even width for 200 feet to an alley, the described lots being in Subdivision "A" of Hilsman Addition to Albany as shown on the plat recorded in Deed Book 19, Page 117, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. This tract is known as 512 Third Avenue according to the present system of numbering of streets in the City of Albany, Georgia.

## 518 THIRD AVENUE

(12)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of Lot 20 of Block 39 of Hilsman Addition, Subdivision "A", according to the plat of the subdivision recorded in Deed Book 19, Page 117, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. This tract is known as 518 Third Avenue according to the present system of numbering of streets in the City of Albany, Georgia.

## 520, 522 and 524 THIRD AVENUE

(13)

All those tracts or parcels of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of Lots 22, 24, and 26 of Block of Hilsman Heights, according to the plat of the subdivision as recorded in Plat Book 1, Page 28, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. These tracts are known as 520, 522 and 524 Third Avenue, respectively, according to the present system of numbering of streets in the City of Albany, Georgia.

**(14)**                    307 FOURTH AVENUE

All that tract or parcel of land lying and being in the City of Albany,
Dougherty County, Georgia, and being described as the western seventy (70)
feet of Lot 27 of Block "6" of the City of Albany, and being more
particularly described as follows:

Commence at the intersection of the western right-of-way line of Jackson
Street and the northern right-of-way line of Fourth Avenue and run west along
the northern right-of-way of Fourth Avenue a distance of 140.0 feet to a
point marked with an iron pin, which point is the POINT OF BEGINNING; run
thence north at a right angle from the northern right-of-way of Fourth Avenue
a distance of 200.0 feet to an iron pin on the southern line of a 20.0 foot
alley; run thence west along the southern line of said alley and parallel to
the northern right-of-way line of Fourth Avenue a distance of 70.0 feet to an
iron pin; run thence south at a right angle to the north right-of-way line of
Fourth Avenue a distance of 200.0 feet to an iron pin on the north right-of-
way line of Fourth Avenue; and run thence east along the north right-of-way
line of Fourth Avenue a distance of 70.0 feet to the point of beginning.
This tract is known as 307 Fourth Avenue according to the system of numbering
of streets in the City of Albany, Georgia.

**(15)**                    309-311 FOURTH AVENUE

All that tract or parcel of land lying and being in the City of Albany,
Dougherty County, Georgia, and being all of City Lots 29 and 31 in Block 6 on
the north side of Fourth Avenue, and being more particularly described as
follows:

Begin at the northeast corner of the intersection of North Jefferson Street
and Fourth Avenue, and go thence east along the north side of Fourth Avenue
210 feet to the southwest corner of Lot 31, and from this as a starting
point, thence north along the west side of Lot 31, 200 feet to a 20 foot
alley; thence east along the south side of said alley 210 feet to the
northeast corner of Lot 29, thence south along the east side of Lot 29, 200
feet to the north side of Fourth Avenue, thence west along the north side of
Fourth Avenue 210 feet to the point of beginning; there being located on the
above described lots two 8-unit apartment buildings, designated as 309-311
Fourth Avenue.

**(16)**                    412 FOURTH AVENUE

All that tract or parcel of land lying and being in the City of Albany,
Dougherty County, Georgia, and being all of Lots C and D and the eastern 20
feet of Lot B of the S. B. Lippitt Subdivision, according to the plat of the
subdivision as recorded in Plat Book 1, Page 167, in the office of the Clerk
of the Superior Court of Dougherty County, Georgia. The described tract is
known as 412 Fourth Avenue according to the present system of numbering of
streets in the City of Albany, Georgia.

### 413 FOURTH AVENUE

(17)

All that or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being part of City Lot 39 in Block 21 of the subdivision of the Plan of North Albany according to a plat of said subdivision recorded in Deed Book 8, Page 654, Dougherty County land records, and being more particularly described as follows:

Commencing at the intersection of the north margin line of Fourth Avenue with the west margin line of North Jefferson Street, run thence in a westerly direction along the north margin line of said Fourth Avenue for a distance of 280 feet to the POINT OF BEGINNING; from said point of beginning, continue thence in a westerly direction along the north margin line of said Fourth Avenue for a distance of 102 feet to a point; run thence North for a distance of 200 feet to a point on the south margin line of an alley; run thence in an easterly direction along the south margin line of said alley for a distance of 102 feet to a point; run thence South for a distance of 200 feet to the point of beginning. This tract is known as 413 Fourth Avenue according to the present system of numbering of streets in the City of Albany, Georgia.

### 417 FOURTH AVENUE

(18)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as follows:

Commencing at the northeastern corner of the intersection of 4th Avenue and Monroe Street, run thence easterly along the northern line of 4th Avenue 350 feet to a point (which point was the southeastern corner of property owned formerly by Mrs. Elizabeth Shackelford Leader; as conveyed to her by the deed recorded in Deed Book 53, Page 399, Dougherty County land records), and from this as a point of beginning run northerly along the eastern line of the Leader lot 200 feet to a point on the south side of an alley; run thence easterly along the southern line of the alley 108 feet to a point; run thence southerly and parallel to the described western line 200 feet to a point on the northern line of 4th Avenue; and run thence westerly along the northern line of 4th Avenue 108 feet to the point of beginning. The described tract is known as 417 4th Avenue according to the present system of numbering of streets in the City of Albany, Georgia.

### 420 FOURTH AVENUE

(19)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as follows:

Begin at an iron pipe on the northeast corner of Lot B of S. B. Lipp Subdivision, as per plat recorded in Plat Book 1, Page 167, on april 1937, in the office of the Clerk of the Superior Court of Dougherty Coun Georgia, run along the property line on Fourth Street in the City of Alba Dougherty County, Georgia, due West 20 feet and with this as a starting po run West along Fourth Street 55 feet, thence South 200 feet to an all thence East along said alley 55 feet, thence North 200 feet to beginn point. Said property fronting 55 feet on Fourth Street and running

South an equal distance of 200 feet to an alley. The property conveyed being the West 45 feet of Lot B of said subdivision and the extreme East 10 feet fronting on Fourth Street of Lot A. The property conveyed being 55 feet frontage on Fourth Street in the City of Albany and running back an equal distance to said alley as aforesaid.

This conveyance also includes Grantor's interest in the easement for purposes of ingress and egress on the ten-foot four inches wide strip which adjoins the above described tract on its eastern side, as more particularly set out in the document from medical Arts Building, Inc. to A. M. Freeman, Jr., et al., dated March 15, 1963, and recorded in Deed Book 294, Pages 252-253, in the Dougherty County land records.

**(20)**      **506 FOURTH AVENUE and 1011 NORTH MONROE STREET**

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as being all of Lots 7 and 8 of the Davis Addition, according to the plat of subdivision as recorded in Plat Book 1, Page 10, in the office of the Clerk of the Superior Court of Dougherty County, Georgia, and being more particularly described as follows:

Beginning at the point of intersection of the western margin of Palmyra Road and the southern line of Fourth Avenue, run thence west along the southern line of Fourth Avenue 145.4 feet to a point on the eastern line of a 10 foot wide alley; run thence southerly along the eastern line of the alley 100 feet to the southwestern corner of Lot 7; run thence easterly along the southern line of Lot 7 190 feet to a point on the western line of Monroe Street; run thence northerly along the western line of Monroe Street 19.4 feet to a point; and continue thence northwesterly along the western line of Palmyra Road 92 feet to the point of beginning. The described tract is known as 506 Fourth Avenue and as 1011 N. Monroe Street according to the present system of numbering of streets in the City of Albany, Georgia.

**(21)**      **416 FIFTH AVENUE**

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, and being the east 70 feet of Lot 44 on Fifth Avenue, more particularly described as follows:

Begin at a point on the south side of Fifth Avenue 140 feet east of the southeast corner of Monroe Street and Fifth Avenue; go thence east along the south side of Fifth Avenue a distance of 70 feet to a point; go thence south a distance of 200 feet to an alley; go thence west a distance of 70 feet to a point; go thence north a distance of 200 feet to Fifth Avenue and the point of beginning. Said property is known as 416 Fifth Avenue according to the present system of numbering of streets in the City of Albany, Georgia.

**(22)**                              <u>428 FIFTH AVENUE</u>

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as follows: Begin at the southeast corner of Fifth Avenue and Monroe Street and run thence south along the east side of Monroe Street 200 feet to the north side of Fourth Street Alley; run thence east along the north side of said alley 140 feet to a point; run thence north 200 feet to the south line of Fifth Avenue; run thence west along the south line of Fifth Avenue 140 feet to the point of beginning. This tract is known as 428 Fifth Avenue, according to the present system of numbering of streets in the City of Albany, Georgia.

**(23)**                    <u>813 and 815 NORTH MONROE STREET</u>

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as follows:

Beginning at the southwestern corner of the intersection of Second Avenue and Monroe Street, run thence southerly along the western side of Monroe Street 92 feet to a point; run thence west 85 feet to a point; run thence north 92 feet to the southern line of Second Avenue; and run thence easterly along the southern line of Second Avenue 85 feet to the point of beginning. The described tract is known as 813 and 815 North Monroe Street according to the present system of numbering of streets in the City of Albany, Georgia.

**(24)**                        <u>903 NORTH MONROE STREET</u>

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as follows:

Beginning in the northeastern corner of Lot 3 of Hilsman Heights Subdivision, according to the plat of the subdivision as recorded in Deed Book 19, Page 117, in the office of the Clerk of the Superior Court of Dougherty County, Georgia, run thence southerly along the eastern line of Lots 2 and 3 of the subdivision 72 feet to a point; run thence west and parallel to the northern line of Lot 3 for a distance of 190 feet to a point on the eastern boundary line of a 10 foot wide public alley; run thence northerly along the eastern line of the alley 72 feet to a point which is at the northwestern corner of Lot 3; and run thence easterly along the northern line of Lot 3 for a distance of 190 feet to the point of beginning. The described tract is known as 903 North Monroe Street according to the present system of numbering of streets in the City of Albany, Georgia.

**(25)**                        <u>907 NORTH MONROE STREET</u>

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of Lot 4 in Block 39 of Hilsman Heights Subdivision, according to the plat of the subdivision as recorded in Deed Book 19, Page 117, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. This tract is known as 907 North Monroe Street

according to the present system of numbering of streets in the City of Albany, Georgia.

Also, any and all interest June McLeod Hancock Clark had in and to the alley located to the rear, or western side, of the above described property as conveyed to her by the City of Albany upon the closing of the alley.

## 1003 NORTH MONROE STREET

(26)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of Lot 4, a portion of Lot 3, and the alley at the western end of those two lots, Davis Addition, according to and as shown on the plat of subdivision as recorded in Plat Book 1, Page 10, (Plat Cabinet 1, Slide A-2), in the office of the Clerk of the Superior Court of Dougherty County, Georgia, and being more particularly described as follows:

Beginning at a point on the western right-of-way line of North Monroe Street, which point is 133 1/3 feet north of the northwestern corner of the intersection of Third Avenue and Monroe Street, run thence northerly along the right-of-way line of Monroe Street 66 2/3 feet to a point on the southern line of a 20 foot wide alley; run thence westerly along the southern line of the alley 200.0 feet to a point, which point is the northeastern corner of Lot 9 of Davis Addition; run thence southerly along the eastern line of Lot 9 66 2/3 feet to a point; and run thence easterly 200.0 feet to the point of beginning. The described tract is the same property as that acquired by Sarah Davis by Warranty Deed dated November 25, 1952, and recorded in Deed Book 158, Page 130, and by the Quit Claim Deed dated May 11, 1953, and recorded in Deed Book 162, Page 14, both in the office of the Clerk of the Superior Court of Dougherty County, Georgia. This property is known as 1003 North Monroe Street according to the present system of numbering of streets in the City of Albany, Georgia.

## 1106 NORTH MONROE STREET

(27)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as follows: Commencing at a point on the east side of Monroe Street which is 140 feet North of the point of intersection of the eastern line of Monroe Street and the northern line of 4th Avenue, run thence East 125 feet to a point; run thence westerly thence North 60 feet to the southern line of an alley; run thence westerly along the southern line of the alley 125 feet to a point on the eastern side of Monroe Street; and run thence southerly along the eastern side of Monroe Street 60 feet to the point of beginning. The described tract is known as 1106 North Monroe Street according to the present system of numbering of streets in the City of Albany, Georgia.

## 1107 NORTH MONROE STREET

(28)

All that tract or parcel of land lying and in the City of Albany, Dougherty County, Georgia, and being a portion of Lot 45 on Fourth Avenue in Arcadia, or the plan of North Albany, according to the plat of the subdivision as recorded in Deed Book 8, Page 654, in the office of the Clerk of the Superior Court of Dougherty County, Georgia, and being more particularly described as follows:

Beginning at the northeastern corner of Lot 45, run thence westerly along the southern side of an alley 130 feet to a point on the easterly right-of-way of Palmyra Road; run thence southerly along the easterly right-of-way of Palmyra Road 68.9 feet to a point on the northern line of property owned now or formerly by Dr. Ben M. Martin; run thence easterly along the northern line of property owned now or formerly by Dr. Ben M. Martin for a distance of 96.4 feet to the western right-of-way line of North Monroe Street; and run thence northerly along the western right-of-way line of North Monroe Street 60 feet to the point of beginning. The described property is known as 1107 North Monroe Street according to the present system of numbering of streets in the City of Albany, Georgia.

## 1109 NORTH MONROE STREET

(29)

All that tract or parcel of land lying and being in Dougherty County, Georgia, and being in the City of Albany, Dougherty County, Georgia, being part of City Lot 46 of City Block 26, City of Albany, being more particularly described as follows:

Commence at the southwest corner of the intersection of Fifth Avenue and North Monroe Street, run thence south 130 feet along the western right of way line of Monroe Street to the point of beginning; from this point of beginning continue south 70 feet, more or less, to the northern right of way line of any alley; run thence along the alley west 144 feet, more or less, to the eastern line of Palmyra Road; run thence northwesterly along Palmyra Road 80 feet to a point; and run thence easterly 181 feet, more or less, to the point of beginning. The described tract is known as 1109 North Monroe Street according to the present system of numbering of streets in the city of Albany, Georgia.

## 809 NORTH JEFFERSON STREET

(30)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as all of Lot 35 of Hines Place, according to the plat of the subdivision as recorded in Deed Book 10, Page 49, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. The described property fronts on the western side of North Jefferson for a width of 84 feet and runs west an equal width for distance of 210 feet and is known as 809 North Jefferson Street according the present system of numbering of streets in the City of Albany, Georgia.

### 902, 904, 906 and 908 NORTH JEFFERSON STREET

(31)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of City Lot 35 and a portion of City Lot 33 on the north side of Second Avenue (formerly known as Second Street), and being more particularly described as follows:

Beginning at the southwestern corner of Lot 35, the same being the point of intersection of the northern right of way line of Second Avenue and the eastern right of way line of North Jefferson Street, run thence easterly along the northern line of Second Avenue 110.0 feet to a point; run thence northerly and parallel to the eastern line of North Jefferson Street 200.00 feet to a point on the southern line of an alley; run thence westerly along the southern line of the alley 110.00 to the eastern line of North Jefferson Street; and run thence southerly along the eastern line of North Jefferson Street 200.00 feet to the point of beginning. The described tract is known as 902, 904, 906 and 908 North Jefferson Street according to the present system of numbering of streets in the City of Albany, Georgia.

### 907 NORTH JEFFERSON STREET

(32)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being part of Lot 37, Block 19, on Second Avenue, and being more particularly described as follows:

Beginning at a point on the western right-of-way line of North Jefferson Street 133.3 feet northwest intersection of Second Avenue and North Jefferson Street, which point is also 133.3 feet north of the southeast corner of Lot 37, run thence north 66.67 feet to a point; run thence east 147.5 feet to a point; run thence west 147.5 feet to a point on the western line of North Jefferson Street; and run thence south 66.67 feet along the western line of North Jefferson Street to the point of beginning. The described tract is the same as that conveyed to First State Bank & Trust Company, as trustee under that certain trust agreement with John S. Inman, Jr., dated the 31st day of August, 1970, recorded in Deed Book 438, Page 178, in the office of the Clerk of Superior Court of Dougherty County, Georgia and is known as 907 North Jefferson Street according to the present system of numbering of streets in the City of Albany, Georgia.

Also, the right of ingress and egress as reserved by John S. Inman, Jr., in the Quit Claim Deed recorded in Deed Book 357, Page 147, Dougherty County land records, and as subsequently conveyed by him by the deed recorded in Deed Book 721, Page 249, Dougherty County land records.

### 910 NORTH JEFFERSON STREET

(33)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, described as Unit "B", "C" and "D" of the Medical Building Condominium according to a map or plat of said condominium as same is recorded in Condominium Plat Book 1, Page 14, in the office of Clerk of the Superior Court of Dougherty County, Georgia.

Together with the right of ingress and egress from said property an

right to use, for all proper purposes, in common with all other occupants of the condominium, from time to time, by statute and the Declaration, as amended, as common elements.

## 1104 NORTH JEFFERSON STREET

(34)

All that tract or parcel of land lying and being in the City of Albany, County of Dougherty, State of Georgia, and being the north one-half of Lots Numbers 33 and 35 on Fourth Avenue in the City of Albany, and being more particularly described as follows: Begin at the southwest corner of Lot No. 35 and run thence north along the west side of Lot No. 35 for a distance of 100 feet to the point of beginning, and from said beginning point run thence east for a distance of 210 feet to a point on the east side of Lot No. 33; run thence north along the east side of Lot No. 33 for a distance of 100 feet to a point on the south side of an alley; run thence west along the south side of said alley for a distance of 210 feet to a point on the east side of Jefferson Street; run thence south along the east side of Jefferson Street for a distance of 100 feet to the point of beginning. The described property is known as 1104 North Jefferson Street according to the present system of numbering of streets in the City of Albany, Georgia.

## 800-A and 800-B HINES STREET

(35)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being part of Lots 27 and 28 of Hinds Place Addition, according to the plat of the subdivision as recorded in Deed Book 10, Page 49, in the office of the Clerk of the Superior Court of Dougherty County, Georgia, and being more particularly described as follows:

Beginning at the northeastern point of intersection of the eastern line of Hinds Streets (formerly 3rd Avenue) and the northern right-of-way line of First Avenue (formerly Fourth Avenue), run thence easterly along the northern line of First Avenue 150 feet to a point; run thence northerly and parallel to the eastern line of Hines Avenue 146 feet to a point on the northern line of Lot 27; run thence westerly along the northern line of Lot 27 for a distance of 15 feet to a point; run thence southerly and parallel to the eastern line of Hinds Avenue 73 feet to a point on the northern line of Lot 28; run thence westerly along the northern line of Lot 28 135 feet to a point on the eastern line of Hinds Street; and run thence southerly along the eastern line of Hinds Street 73 feet to the point of beginning. The described tract is known as 800-A and 800-B Hinds Street according to the present system of numbering of streets in the City of Albany, Georgia.

## 802 HINES STREET

(36)

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of Lot 27 of Hines Place Subdivision according to a map or plat of said subdivision as same is recorded in Book 10, Page 49, Dougherty County land records, LESS AND EXCEPT that part said property heretofore sold to T. L. Stanfield by deed recorded in Book 52, Page 555, Dougherty County land records, said excepted portion

said lot being more particularly described as follows: Beginning at the
northwest corner of Lot 34 of said Hines Place Subdivision, run thence south
along the west line of said Lot 34 for a distance of 73 feet to a fence; run
thence west along said fence for a distance of 75 feet to a fence; run thence
west along said fence for a distance of 75 feet to a point; run thence north
for a distance of 73 feet to the north line of said Lot 27; run thence east
for a distance of 75 feet to the point of beginning. The land conveyed
herein fronts 73 feet on Hines Avenue (formerly known as Third Avenue) and
extends back in an easterly direction an even width for a distance of 135
feet, and is the same property conveyed by Anna H. Jones and Charles M.
Jones, Jr. to Coty Everett Thornton (now Coty Everett Kane by marriage) by
warranty deed dated May 25, 1946, recorded in Deed Book 148, Page 112,
Dougherty County land records.

**(37)**                    <u>**404 HODGES**</u>

Being a part of Land Lot 331, 1st Land District, Dougherty County, Georgia,
beginning at the point of intersection of the western line of U.S. Highway
19, as established November 11, 1977 and southwestern line of Hodges Avenue,
a 50-foot right-of-way; running thence south 2° 2' 15" east, along the
western line of said U.S. Highway 19, 142.43 feet; thence south 56° 34' 07"
east, 2.81 feet; thence south 33° 17' 54" west, 3.95 feet; thence south 2° 2'
15" east, 8.49 feet; thence south 55° 24' 15" east, 29.31 feet; thence south
2° 29' 0" east, 36.35 feet; thence north 55° 24' 15" west, parallel with and
21 feet northeastwardly, measured at right angles, from the center line of
Grantor's main track, 176.10 feet; thence north 34° 35' 45" east, 154 feet to
a point on the southwestern line of said Hodges Avenue; thence south 55° 24'
15" east, 31.93 feet to the point of beginning; containing 0.3351 of an acre,
and being shown on Drawing No. SJ-5971, dated August 3, 1977, revised October
19, 1977, prepared by Marbury Engineering Company, which print is attached
hereto and made a part hereof.

: 35 '

## 910 NORTH MADISON STREET

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, described as all of City Lot 28 in Block 39 on North Madison Street fronting 66 2/3 feet on said street and running back that width 157 1/2 feet; also the south half of City Lot 30 in Block 39, said south half of Lot 30 also fronting on North Madison Street.

The above forming one tract of land fronting 100.0 feet on North Madison Street and extending back east 157 1/2 feet, and being known as 910 and 910 1/2 North Madison Street in said City.

(31)

## 1009 NORTH MONROE STREET

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being more particularly described as follows as all of Lots 5 and 6 located on the west side of North Monroe Street, as shown on the plat of property known as Davis Addition, Albany, Georgia, which is recorded in Plat Book 1, Page 10 (Plat Cabinet 1, Slide A-2), in the office of the Clerk of the Superior Court of Dougherty County, Georgia. The described property is known as 1009 North Monroe Street according to the present system of numbering of streets in the City of Albany, Georgia.

(40)

## 527 THIRD AVENUE

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being the east 52.5 feet of Lots 43, 45 and 47 and all of Lot 41, except the east 3 feet of said Lot 41 conveyed to Mary Dean Jones by deed recorded in Deed Book 55, Page 281, Dougherty County land records, in Block 37 of Rawson Park and Hilsman Heights, according to a map or plat of said subdivision as same is recorded in Plat Book 1, Page 28, in the office of the Clerk of the Superior Court of Dougherty County, Georgia, and being more particularly described as follows:

Commence at the northeast corner of the intersection of North Madison Street with Third Avenue, and run thence easterly along the north margin line of said Third Avenue a distance of 105 feet to the POINT OF BEGINNING; run thence northerly on a line parallel to the east margin line of said North Madison Street a distance of 200 feet to the south margin line of a public alley; run thence easterly along the south margin line of said public alley a distance of 102 feet to a point; run thence southerly on a line parallel to and 3 feet west of the east line of said Lot 41 a distance of 200 feet to the north margin line of said Third Avenue; run thence westerly along the north margin line of said Third Avenue a distance of 102 feet to the point of beginning; said

property being the same property as that described in warranty deed from O. F. Tarver to Katherine Muse Champion, dated November 19, 1925, recorded in Deed Book 41, Page 18, Dougherty County land records, except the east 3 feet of said Lot 41 previously conveyed by deed recorded in Deed Book 55, Page 281, aforesaid records. The described property is known as 527 Third Avenue according to the present system of numbering of streets in the City of Albany, Georgia.

## 419 FOURTH AVENUE

( 41 )

All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being the middle one-third of City Lot Number forty-one (41) on Fourth Avenue, same being more particularly described as follows: Commence at the Northeast corner of the intersection of North Monroe Street and Fourth Avenue and run thence along the north side of Fourth Avenue a distance of 280 feet to the POINT OF BEGINNING; from this beginning point, run thence north a distance of 200 feet, more or less, to the south side of a public alley; run thence east along the south side of said public alley a distance of 70 feet to a point; run thence south a distance of 200 feet, more or less, to the north side of Fourth Avenue; run thence west along the north side of Fourth Avenue a distance of 70 feet to the POINT OF BEGINNING. The described property is number 419 Fourth Avenue according to the present system of numbering streets in the City of Albany, Georgia.

NOTE: 428 Fifth Avenue was swapped for 419 Fourth Avenue so that property can be deleted.

EXHIBIT "C"

<u>EXISTING LIENS, CLAIMS AND ENCUMBRANCES</u>

All liens, claims, encumbrances and security interests in and against the Real Property, Equipment and Operating Assets in existence as of the Commencement Date.

DGC\Phoebe\Exhibit.ABC

EXHIBIT "D"

## EXISTING INDIGENT CARE AGREEMENT

STATE OF GEORGIA )
)
COUNTY OF DOUGHERTY )

## CONTRACT BETWEEN DOUGHERTY COUNTY, GEORGIA AND THE HOSPITAL AUTHORITY OF ALBANY-DOUGHERTY COUNTY, GEORGIA

This Contract is made and entered into this 3rd day of December, 1990, in consideration of the promises and of the mutual undertakings and agreements hereinafter provided, by and between DOUGHERTY COUNTY, GEORGIA (hereinafter the "County"), a public body corporate and politic of the State of Georgia, and the HOSPITAL AUTHORITY OF ALBANY-DOUGHERTY COUNTY, GEORGIA (hereinafter the "Authority"), a public body organized and existing under the laws of the State of Georgia.

## W I T N E S S E T H:

WHEREAS, the Authority owns Phoebe Putney Memorial Hospital (the "Hospital") located in Albany, Dougherty County, Georgia; and

WHEREAS, the parties hereto agree that it is in the community's best interest for the Hospital to continue to provide quality facilities and services for medical care and hospitalization for residents of the County, including its indigent sick;

NOW, THEREFORE, in consideration of the premises, and the promises and undertakings hereinafter set forth, it is mutually agreed between the County and the Authority, that:

1. This Contract shall be effective and binding upon the parties hereto and shall continue in full force and effect from the date first above written through June 30, 2004.

2. The Authority covenants and agrees that during the term of this Contract:

(a) The Authority will continue to own the Hospital and will assure the availability of a medical facility whose objectives are to provide comprehensive, high quality and concerned health care and related educational programs, consistent with the dignity, welfare and needs of patients and the community.

(b) The Authority will take reasonable action to assure that the Hospital will at all times maintain accreditation by the Joint Commission on Accreditation of Healthcare Organizations, as well as accreditation by all other state, regional and local health agencies having jurisdiction in such matters.

(c) The medical care and hospitalization which the Authority shall cause the Hospital to provide to the indigent entitled to treatment hereunder or by subsequent agreements shall consist of the same standard of medical care rendered to all other hospital patients, including food, general (but not special ordered by a physician) nursing care and supervision, semi-private (but not private unless ordered by a physician) rooms, use of operating rooms and facilities, and other usual hospital care and services. Medicine, drugs, and services of the medical staff are included in medical care, and the necessity for and extent of medical treatment required for each patient shall be determined solely by the

2

attending physicians in their medical judgment. It is the intention of this Contract, however, for the medical staff of the Hospital to provide only services which are medically necessary and are not elective procedures in nature, and the Authority agrees to encourage the medical staff of the Hospital to provide only services which are medically necessary to the indigent.

(d) During the term hereof, the Authority, acting through the Hospital, will continue to act as agent of the County for the certification of indigents entitled to treatment unless otherwise notified in writing by the County. During this period, any determination of entitlement to treatment as a County indigent will be made on the basis of criteria established from time to time by a committee of the County and the Hospital. The current criteria for determination of entitlement to treatment as a County indigent are set forth in Exhibit "A", which is attached hereto by reference and incorporated herein. Until otherwise notified in writing by the County, the Hospital shall continue to make such determinations on the basis of the standards currently in place to identify indigent patients. It is understood that any change to this or any other method of determining indigency required by Federal or State law or other regulations shall be made automatically by the Hospital and written notice thereof provided to the County.

3

(e) The Hospital shall retain a firm of certified public accountants to conduct an annual certified audit of the financial affairs, books, and records of the Hospital, said audit to be at the end of each fiscal year for the preceding year. The complete and final report and audit shall be submitted by the Hospital not later than one hundred and twenty (120) days after the close of its fiscal year, and copies of each report shall be filed with or furnished to, as applicable, the Clerk of Dougherty County Superior Court, the Chairman of the Dougherty County Commission and the County Finance Director. Said audit will be a certified audit performed under the Standards of Performance as set forth by the American Institute of Certified Public Accountants.

(f) No funds provided by the County for indigent care shall be utilized in the direct care of indigents from other counties.

3. Dougherty County covenants and agrees that:

(a) For and during the term of this Contract, the County will send indigent sick entitled to have hospital care provided by the County to the Hospital for the rendering of such care and will pay for such services by taxation in the amounts and manner set forth herein during the term hereof, and thereafter in such amounts and in such manner as the parties shall agree upon, or if they cannot agree, then as shall be determined to be reasonable.

4

(b)  The County will pay to the Authority at least the following amounts necessary to provide adequate and necessary facilities and services for medical care and hospitalization of the County's indigent sick for each fiscal year during the term hereof, 2.0 mills.

(c)  For and during each year of this Contract, Dougherty County shall pay the Authority every three months one-quarter of the total amount due for that year unless otherwise agreed between the parties.

(d)  Unless the County derives the required funds from other sources, the County shall levy an annual tax on all taxable property located within the boundaries of Dougherty County as now existing or as hereafter extended at such rate or rates established in Paragraph 3(b) of this Contract.

4.  The parties hereto acknowledge that the Hospital has the sole discretion to establish its rate structure, and any funding received (including that received from the County) may be appropriated for any purpose relating to the operation, maintenance, improvement and welfare of the Hospital including, but not limited to, the cost of operating and maintaining the Hospital, reserves, capital equipment, and capital improvements, subject only to the requirements of Georgia law.

5.  The County agrees to pay indigent debts on an itemized basis and limit it only to real cost incurred by the Hospital and not any inflated cost for the realization of profits or arbitrary costs for the consideration of overhead and expenses.

5

IN WITNESS WHEREOF, the parties hereto have caused this Contract to be executed under seal as of the day and year first above written.

DOUGHERTY COUNTY, GEORGIA

By: _____
Chairman, Board of Commissioners
of Dougherty County, Georgia

ATTEST: _____
Clerk

My Commission Expires March 20, 1994.

[SEAL]

HOSPITAL AUTHORITY OF ALBANY-
DOUGHERTY COUNTY, GEORGIA

By: _____
Chairman

ATTEST: _____
Secretary

[SEAL]

DGC\Phoebe\017

6