# **EXHIBIT 1**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2008, I served **PLAINTIFF'S INITIAL DISCLOSURES** on the following counsel of record by depositing copies of the same in the United States mail in properly addressed envelopes with sufficient postage affixed thereto.

Karin A. Middleton
BAUDINO LAW GROUP, PLC
2547 LaFayette Plaza Drive, Suite E
Albany, Georgia 31707
middleton@baudino.com

Denise Cleveland-Leggett
Amy McCollough
BAUDINO LAW GROUP, PLC
1201 Peachtree Street, NE, Ste. 2020
Atlanta, Georgia 30361
leggett@baudino.com
mccullough@baudino.com

David J. Darrell
Ralph Walker
Jan D. Gibson
BAUDINO LAW GROUP, PLC
2600 Grand Avenue, Suite 300
Des Moines, Iowa 50312
darrell@baudino.com
walker@baudino.com
gibson@baudino.com

*Attorneys for Phoebe Putney Memorial Hospital, Inc. and Phoebe Putney Hospital System, Inc.*

Edgar Baughn Wilkin, Jr.
PERRY & WALTERS, L.L.P.
P.O. Box 71209 / 212 N. Westover Blvd.
Albany, Georgia 31708-1209
ewilkin@perrywalters.com

James Sulentic
John Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
james.sulentic@kutakrock.com
john.passarelli@kutakrock.com

*Attorneys for the Hospital Authority of Albany/Dougherty County*

/s/ Christine A. Hopkinson
Christine A. Hopkinson
Georgia Bar No. 142106

1