IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PALMYRA PARK HOSPITAL, INC., )<br>d/b/a PALMYRA MEDICAL CENTER, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>PHOEBE PUTNEY MEMORIAL )<br>HOSPITAL, INC. AND PHOEBE PUTNEY )<br>HEALTH SYSTEM, INC., )<br>)<br>)<br>DEFENDANTS. ) | CIVIL ACTION FILE NO.:<br>1:08-CV-000102-WLS |

**PLAINTIFF'S MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff Palmyra Park Hospital, Inc., d/b/a Palmyra Medical Center, pursuant to Fed. R. Civ. P. 41(a)(2), and hereby moves this Court for an Order dismissing the above-captioned matter without prejudice. Plaintiff is authorized to inform the Court that Defendants Phoebe Putney Memorial Hospital, Inc. and Phoebe Putney Health System, Inc. consent to this motion and the entry of an order of dismissal without prejudice. The parties have agreed to bear their own attorney's fees and costs incurred in this matter, and the parties consent to an Order of Dismissal Without Prejudice on that basis.

A proposed Order of Dismissal Without Prejudice is attached hereto for the Court's convenience.

Respectfully submitted, this 24th day of December, 2011.

        *s/ William H. Hedrick*_____
        William H. Hedrick
        Georgia Bar No. 343250
        127 North Westover Boulevard
        Albany, Georgia  31707
        (229) 883-7463
        (229) 434-1581 (fax)

        *s/ Christine A. Hopkinson*_____
        W. Ray Persons
        Georgia Bar No. 573525
        M. Russell Wofford, Jr.
        Georgia Bar No. 773002
        Christine A. Hopkinson
        Georgia Bar No. 142106
        KING & SPALDING, LLP
        1180 Peachtree Street NE
        Atlanta, Georgia  30309
        (404) 572-4600
        (404) 572-5100 (fax)
        email of filer: chopkinson@kslaw.com

        *Attorneys for Palmyra Park Hospital, Inc.*
        *d/b/a Palmyra Medical Center*

        **OF COUNSEL:**

        Jeffrey S. Spigel
        KING & SPALDING, LLP
        1700 Pennsylvania Ave. NW, Suite 200
        Washington, D.C.  20006-2706
        (202) 737-0500
        (202) 626-3737 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of December, 2011, the foregoing **PLAINTIFF'S MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE**, was filed using the CM/ECF system, which will automatically send an electronic notice of such filing to the following counsel of record:

| | |
|---|---|
| Karin A. Middleton<br>BAUDINO LAW GROUP, PLC<br>2409 Westgate Drive<br>Albany, Georgia  31707<br>middleton@baudino.com | Edgar Baughn Wilkin, Jr.<br>PERRY & WALTERS, L.L.P.<br>P. O. Box 71209 / 212 N. Westover Blvd.<br>Albany, Georgia  31708-1209<br>ewilkin@perrywalters.com |
| Denise Cleveland-Leggett<br>Amy McCullough<br>BAUDINO LAW GROUP, PLC<br>1201 Peachtree Street, NE, Ste. 2020<br>Atlanta, Georgia  30361<br>leggett@baudino.com<br>mccullough@baudino.com | James Sulentic<br>John Passarelli<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, Nebraska  68102<br>james.sulentic@kutakrock.com<br>john.passarelli@kutakrock.com |
| David J. Darrell<br>Ralph Walker<br>Jan D. Gibson<br>BAUDINO LAW GROUP, PLC<br>2600 Grand Avenue, Suite 300<br>Des Moines, Iowa  50312<br>darrell@baudino.com<br>walker@baudino.com<br>gibson@baudino.com | *Attorneys for the Hospital Authority of Albany/Dougherty County* |

*Attorneys for Phoebe Putney Memorial Hospital, Inc. and Phoebe Putney Hospital System, Inc.*

                                                *s/ Christine A. Hopkinson*_____
                                                Christine A. Hopkinson
                                                Georgia Bar No. 142106